UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIE WIGGINS, | : |
|     Plaintiff, | : |
|     vs. | : No. 3:13cv0787(WIG) |
| CAROLYN W. COLVIN, | : |
| Acting Commissioner, | |
| Social Security Administration, | : |
|     Defendant. | : |

-----------------------------------------------------------------X

ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT
WITH REVERSAL AND REMAND [DOC. # 15]

Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, has moved this Court to enter judgment with a reversal and remand of this cause to the Commissioner. Counsel for Defendant represents that he has contacted Plaintiff's counsel, Charles E. Binder, Esq., who consents to the relief sought in this motion.

Under sentence four of 42 U.S.C. § 405(g), the Court has the power to enter a judgment with a reversal and remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). Remand for further development of the record is appropriate when gaps exist in the administrative record or when the administrative law judge ("ALJ") committed legal error. *See Parker v. Harris*, 626 F.2d 225, 235 (2d Cir. 1980).

Here, the Commissioner has determined, and Plaintiff's counsel concurs, that remand of this case is necessary for further development of the record and additional administrative

proceedings.  Upon remand, the Social Security Administration's Appeals Council will remand this case to an administrative law judge ("ALJ").  The ALJ will (1) update the medical record, if necessary; (2) further evaluate the medical opinion evidence; (3) if necessary, obtain supplemental vocational expert testimony; (4) offer the Plaintiff the opportunity for a new hearing; and (5) issue a new decision.

Accordingly, the Court hereby GRANTS the Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant [Doc. # 15].  Additionally, Plaintiff's Motion for Judgment [Doc. # 9] is GRANTED to the extent set forth in this Ruling.

This is not a Recommended Ruling.  The parties have consented to the Magistrate Judge's entering a final order in this case without the need for entry of a recommended ruling and review by a District Judge.  *See* Fed. R. Civ. P. 73(b).

The Clerk is directed to enter a separate judgment in favor of Plaintiff in this matter under Rule 58(a), Fed. R. Civ. P., to remand this cause to the Commissioner for further administrative proceedings in accordance with this Order, and to close this case.

It is SO ORDERED, this ___11th___ day of February, 2014, at Bridgeport, Connecticut.

                                                                                      ___/s/ *William I. Garfinkel*___
                                                                                         WILLIAM I. GARFINKEL
                                                                                         United States Magistrate Judge